**MICHAEL N.  FEUER,** City Attorney
**KATHLEEN A. KENEALY,** Chief Deputy City Attorney – SBN 212289
**SCOTT MARCUS,** Senior Assistant City Attorney – SBN 184980
**CORY M. BRENTE,** Senior Assistant City Attorney – SBN 115453
**J. EDWIN RATHBUN, JR.,** Deputy City Attorney – SBN 221804
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Telephone: (213) 978-7041   Fax: (213) 978-8785
Email: edwin.rathbun@lacity.org

*Attorneys for Defendants,* **CITY OF LOS ANGELES, OFFICER NAVARRETE, JANETTE ROMAN, OFFICER GUERRERO, OFFICER MAGAN, OFFICER NELSON, OFFICER SHONAFELT, OFFICER GABALDON, OFFICER GARCIA, DETECTIVE GIBSON, LIETUENANT PERRY and MICHAEL MITCHELL**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYNESHA DIXON, an individual, and SALEA LADONYA IRVIN, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF LOS ANGELES, a public entity; OFFICER NAVARRETE, an individual; JANETTE ROMAN, an individual; OFFICER GUERRERO, an individual; OFFICER MAGAN, an individual; OFFICER NELSON, an individual; OFFICER SHONAFELT, an individual; OFFICER GARCIA, an individual; DETECTIVE GIBSON, an individual; LIETUENANT PERRY, an individual; MICHAEL MITCHELL, an individual; and DOES 1-50, <br><br> Defendants. | CASE NO.  CV20-06464-DMG (PJWx) <br> *Hon. Dolly M. Gee, Ctrm. 8C, 8th Fl., 1st Street* <br> *Mag. Patrick J. Walsh, Ctrm 790,7th Fl., Roybal* <br><br> **DEFENDANTS CITY OF LOS ANGELES, OFFICER NAVARRETE, JANETTE ROMAN, OFFICER GUERRERO, OFFICER MAGAN, OFFICER NELSON, OFFICER SHONAFELT, OFFICER GABALDON, OFFICER GARCIA, DETECTIVE GIBSON, LIETUENANT PERRY AND MICHAEL MITCHELL'S ANSWER TO PLAINTIFFS' CONSOLIDATED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL** |

   **TO  THE  HONORABLE  DOLLY  M.  GEE  UNITED  STATES  DISTRICT JUDGE, AND TO PLAINTIFFS AND THEIR COUNSEL OF RECORD:**

/ / /

/ / /

1

COME NOW DEFENDANTS **CITY OF LOS ANGELES, OFFICER NAVARRETE, JANETTE ROMAN, OFFICER GUERRERO, OFFICER MAGAN, OFFICER NELSON, OFFICER SHONAFELT, OFFICER GABALDON, OFFICER GARCIA, DETECTIVE GIBSON, LIETUENANT PERRY and MICHAEL MITCHELL** (hereinafter "Defendants"), answering Plaintiffs' Consolidated Complaint for Damages in the above-entitled action, and hereby admit, deny and allege as follows:

Answering this paragraph, Defendants deny the allegations contained therein.

## I.

## INTRODUCTION

Answering this paragraph, Defendants deny the allegations contained therein.

Answering this paragraph, Defendants deny the allegations contained therein.

## II.

## JURISDICTION AND VENUE

1.     Answering Paragraph 1, Defendants admit that Plaintiffs are alleging that jurisdiction is proper.

2.     Answering Paragraph 2, Defendants admit that Plaintiffs are alleging that venue is proper.

## III.

## PARTIES

3.     Answering Paragraph 3, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

4.     Answering Paragraph 4, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

5.     Answering Paragraph 5, Defendants admit that the City of Los Angeles is a city with the County of Los Angeles.

6.      Answering Paragraph 6, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

7.      Answering Paragraph 7, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

8.      Answering Paragraph 8, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

9.      Answering Paragraph 9, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

10.      Answering Paragraph 10, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

11.      Answering Paragraph 11, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

12.      Answering Paragraph 12, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

13.      Answering Paragraph 13, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

14.      Answering Paragraph 14, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

15.      Answering Paragraph 15, Defendants lack sufficient information and belief

upon which to answer the allegations contained therein, and on that basis deny the allegations.

16.   Answering Paragraph 16, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

17.   Answering Paragraph 17, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

18.   Answering Paragraph 18, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

19.   Answering Paragraph 19, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

20.   Answering Paragraph 20, Defendants deny the allegations contained therein.

21.   Answering Paragraph 21, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

22.   Answering Paragraph 22, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

## IV.

## GENERAL FACTUAL ALLEGATIONS

23.   Answering Paragraph 23, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference their answers provided herein to those paragraphs.

24.   Answering Paragraph 24, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the

allegations.

25.   Answering Paragraph 25, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

26.   Answering Paragraph 26, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

27.   Answering Paragraph 27, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

28.   Answering Paragraph 28, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

29.   Answering Paragraph 29, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

30.   Answering Paragraph 30, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

31.   Answering Paragraph 31, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

32.   Answering Paragraph 32, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

33.   Answering Paragraph 33, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

34.   Answering Paragraph 34, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

35.   Answering Paragraph 35, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

36.   Answering Paragraph 36, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

37.   Answering Paragraph 37, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

38.   Answering Paragraph 38, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

39.   Answering Paragraph 39, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

40.   Answering Paragraph 40, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

41.   Answering Paragraph 41, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

42.   Answering Paragraph 42, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

/ / /

43.    Answering Paragraph 43, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

44.    Answering Paragraph 44, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

45.    Answering Paragraph 45, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

46.    Answering Paragraph 46, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

47.    Answering Paragraph 47, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

48.    Answering Paragraph 48, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

49.    Answering Paragraph 49, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

50.    Answering Paragraph 50,  Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

51.    Answering Paragraph 51, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

52.    Answering Paragraph 52,  Defendants lack sufficient information and belief

upon which to answer the allegations contained therein, and on that basis deny the allegations.

53.    Answering Paragraph 53,  Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

54.    Answering Paragraph 54, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

55.    Answering Paragraph 55, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

56.    Answering Paragraph 56, Defendants deny the allegations contained therein.

57.    Answering Paragraph 57, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

58.    Answering Paragraph 58, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

## V.

### FIRST CAUSE OF ACTION

### FALSE ARREST- PURSUANT TO 42 U.S.C. § 1983

*(Plaintiff as Against Defendant Officers Navarrete, Roman, Guerrero, Magan, Nelson, Shonafelt, Gabaldon, Garcia; Detective Gibson; Lieutenant Perry; Michael Mitchell; And Does 1-40)*

59.    Answering Paragraph 59, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference their answers provided herein to those paragraphs.

60.    Answering Paragraph 60, as this paragraph does not contain any factual

allegations, no answer is required.

61.    Answering Paragraph 61, Defendants deny the allegations contained therein.

62.    Answering Paragraph 62, Defendants deny the allegations contained therein.

63.    Answering Paragraph 63, Defendants deny the allegations contained therein.

64.    Answering Paragraph 64, Defendants deny the allegations contained therein.

65.    Answering Paragraph 65, Defendants deny the allegations contained therein.

66.    Answering Paragraph 66, Defendants deny the allegations contained therein.

67.    Answering Paragraph 67, Defendants deny the allegations contained therein.

## VI.

## SECOND CAUSE OF ACTION

## UNLAWFUL SEARCH AND SEIZURE – PURSUANT TO 42 U.S.C. § 1983

*(Plaintiff as Against Defendant Officers Navarrete, Roman, Guerrero, Magan, Nelson, Shonafelt, Gabaldon, Garcia; Detective Gibson; Leiutenant Perry; Michael Mitchell; And Does 1-40)*

68.    Answering Paragraph 68, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference their answers provided herein to those paragraphs.

69.    Answering Paragraph 69, as this paragraph does not contain any factual allegations, no answer is required.

70.    Answering Paragraph 70, as this paragraph does not contain any factual allegations, no answer is required.

71.    Answering Paragraph 71, Defendants deny the allegations contained therein.

77.    Answering Paragraph 77 [sic], Defendants deny the allegations contained therein.

78.    Answering Paragraph 78 [sic], Defendants deny the allegations contained therein.

79.    Answering Paragraph 79 [sic], Defendants deny the allegations contained therein.

80.     Answering Paragraph 80 [sic], Defendants deny the allegations contained therein.

## VII.

## THIRD CAUSE OF ACTION

## DELIBERATE FABRICATION OF EVIDENCE – 42 U.S.C. § 1983

### *(Plaintiff as against Defendant Officer Navarrete, Janette Roman, Michael Mitchell, and Does 1-40)*

81.     Answering Paragraph 81 [sic], which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference their answers provided herein to those paragraphs.

82.     Answering Paragraph 82 [sic], as this paragraph does not contain any factual allegations, no answer is required.

83.     Answering Paragraph 83 [sic], as this paragraph does not contain any factual allegations, no answer is required.

84.     Answering Paragraph 84 [sic], Defendants deny the allegations contained therein.

85.     Answering Paragraph 85 [sic], Defendants deny the allegations contained therein.

86.     Answering Paragraph 86 [sic], Defendants deny the allegations contained therein.

87.     Answering Paragraph 87 [sic], Defendants deny the allegations contained therein.

88.     Answering Paragraph 88 [sic], Defendants deny the allegations contained therein.

89.     Answering Paragraph 89 [sic], Defendants deny the allegations contained therein.

90.     Answering Paragraph 90 [sic], Defendants deny the allegations contained therein.

91.  Answering Paragraph 91 [sic], Defendants deny the allegations contained therein.

92.  Answering Paragraph 92 [sic], Defendants deny the allegations contained therein.

93.  Answering Paragraph 93 [sic], Defendants deny the allegations contained therein.

94.  Answering Paragraph 94 [sic], Defendants deny the allegations contained therein.

## VIII.

## FOURTH CAUSE OF ACTION

## MALICIOUS PROSECUTION – 42 U.S.C. § 1983

*(Plaintiff as against Officers Navarrete, Roman, Guerrero, Magan, Nelson, Shonafelt, Gabaldon, Garcia; Detective Gibson; Leiutenant Perry; Michael Mitchell; And Does 1-40)*

95.  Answering Paragraph 95 [sic], which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference their answers provided herein to those paragraphs.

96.  Answering Paragraph 96 [sic], as this paragraph is not alleged against these answering Defendants, no answer is required.

97.  Answering Paragraph 97 [sic], as this paragraph is not alleged against these answering Defendants, no answer is required.

98.  Answering Paragraph 98 [sic], Defendants deny the allegations contained therein.

99.  Answering Paragraph 99 [sic], Defendants deny the allegations contained therein.

100.  Answering Paragraph 100 [sic], Defendants deny the allegations contained therein.

101.  Answering Paragraph 101 [sic], Defendants deny the allegations contained

therein.

102. Answering Paragraph 102 [sic], Defendants deny the allegations contained therein.

103. Answering Paragraph 103 [sic], Defendants deny the allegations contained therein.

104. Answering Paragraph 104 [sic], Defendants deny the allegations contained therein.

105. Answering Paragraph 105 [sic], Defendants deny the allegations contained therein.

## IX.

## FIFTH CAUSE OF ACTION

## MONELL LIABILITY – PURSUANT TO 42 U.S.C. § 1983

### *(Plaintiff as Against Defendant City of Los Angeles)*

106. Answering Paragraph 106 [sic], which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference their answers provided herein to those paragraphs.

107. Answering Paragraph 107 [sic], as this paragraph does not contain any factual allegations, no answer is required.

108. Answering Paragraph 108 [sic], Defendants deny the allegations contained therein.

109. Answering Paragraph 109 [sic], Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

110. Answering Paragraph 110 [sic], Defendants deny the allegations contained therein.

111. Answering Paragraph 111 [sic], Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

112. Answering Paragraph 112 [sic], Defendants deny the allegations contained therein.

113. Answering Paragraph 113 [sic], Defendants deny the allegations contained therein.

114. Answering Paragraph 114 [sic], Defendants deny the allegations contained therein.

115. Answering Paragraph 115 [sic], Defendants deny the allegations contained therein.

116. Answering Paragraph 116 [sic], Defendants deny the allegations contained therein.

117. Answering Paragraph 117 [sic], Defendants deny the allegations contained therein.

## X.

## SIXTH CAUSE OF ACTION

## FALSE ARREST – CAL. CIV. CODE § 43

### *(Plaintiff as Against All Defendants)*

118. Answering Paragraph 118 [sic], which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference their answers provided herein to those paragraphs.

119. Answering Paragraph 119 [sic], as this paragraph does not contain any factual allegations, no answer is required.

120. Answering Paragraph 120 [sic], Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

121. Answering Paragraph 121 [sic], Defendants deny the allegations contained therein.

122. Answering Paragraph 122 [sic], Defendants deny the allegations contained therein.

13

123.  Answering Paragraph 123 [sic], Defendants deny the allegations contained therein.

124.  Answering Paragraph 124 [sic], Defendants deny the allegations contained therein.

125.  Answering Paragraph 125 [sic], Defendants deny the allegations contained therein.

## XI.

## SEVENTH CAUSE OF ACTION

## INTENTIONAL INFLICATION OF EMOTIONAL DISTRESS

### *(Plaintiff as Against All Defendants)*

126.  Answering Paragraph 126 [sic], which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference their answers provided herein to those paragraphs.

127.  Answering Paragraph 127 [sic], Defendants deny the allegations contained therein.

128.  Answering Paragraph 128 [sic], Defendants deny the allegations contained therein.

129.  Answering Paragraph 129 [sic], Defendants deny the allegations contained therein.

130.  Answering Paragraph 130 [sic], Defendants deny the allegations contained therein.

131.  Answering Paragraph 131 [sic], Defendants deny the allegations contained therein.

## XII.

## EIGHTH CAUSE OF ACTION

## NEGLIGENCE

### *(Plaintiff Against All Defendants)*

132.  Answering  Paragraph  132  [sic],  which  incorporates  by  reference  the

allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference their answers provided herein to those paragraphs.

133. Answering Paragraph 133 [sic], Defendants deny the allegations contained therein.

134. Answering Paragraph 134 [sic], Defendants deny the allegations contained therein.

135. Answering Paragraph 135 [sic], Defendants deny the allegations contained therein.

136. Answering Paragraph 136 [sic], Defendants deny the allegations contained therein.

137. Answering Paragraph 137 [sic], Defendants deny the allegations contained therein.

## XIII.

## NINTH CAUSE OF ACTION

## MALICIOUS PROSECUTION – STATE LAW

### *(Plaintiff Against All Defendants)*

138. Answering Paragraph 138 [sic], which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference their answers provided herein to those paragraphs.

139. Answering Paragraph 139 [sic], Defendants deny the allegations contained therein.

140. Answering Paragraph 140 [sic], Defendants deny the allegations contained therein.

141. Answering Paragraph 141 [sic], Defendants deny the allegations contained therein.

142. Answering Paragraph 142 [sic], Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

143. Answering Paragraph 143 [sic], Defendants deny the allegations contained therein.

144. Answering Paragraph 144 [sic], Defendants deny the allegations contained therein.

145. Answering Paragraph 145 [sic], Defendants deny the allegations contained therein.

146. Answering Paragraph 146 [sic], Defendants deny the allegations contained therein.

147. Answering Paragraph 147 [sic], Defendants deny the allegations contained therein.

## XIV.

## TENTH CAUSE OF ACTION

## ASSAULT

### *(Plaintiff Against All Defendants)*

148. Answering Paragraph 148 [sic], which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference their answers provided herein to those paragraphs.

149. Answering Paragraph 149 [sic], Defendants deny the allegations contained therein.

150. Answering Paragraph 150 [sic], Defendants deny the allegations contained therein.

151. Answering Paragraph 151 [sic], Defendants deny the allegations contained therein.

## XV.

## ELEVENTH CAUSE OF ACTION

## BATTERY

### *(Plaintiff Against All Defendants)*

152. Answering Paragraph 152 [sic], which incorporates by reference the

allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference their answers provided herein to those paragraphs.

153. Answering Paragraph 153 [sic], Defendants deny the allegations contained therein.

154. Answering Paragraph 154 [sic], Defendants deny the allegations contained therein.

155. Answering Paragraph 155 [sic], Defendants deny the allegations contained therein.

Answering the Prayer for Relief, Defendants deny that Plaintiff is entitled to any of the relief sought.

## AFFIRMATIVE DEFENSES

As separate and distinct affirmative defenses, Defendants allege each of the following:

## FIRST AFFIRMATIVE DEFENSE

1. Plaintiffs' Complaint and each cause of action fails to state a valid cause of action or basis for recovery.

## SECOND AFFIRMATIVE DEFENSE

2. The damages alleged were directly and proximately caused and contributed to by the negligence of the Plaintiffs, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

## THIRD AFFIRMATIVE DEFENSE

3. The damages alleged were directly and proximately caused and contributed to by the negligence of other persons, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

## FOURTH AFFIRMATIVE DEFENSE

4. As to the federal claims and theories of recovery, the individual Defendants are protected from liability under the doctrine of qualified immunity.

## FIFTH AFFIRMATIVE DEFENSE

5.     Defendant CITY OF LOS ANGELES is immune from the imposition of punitive damages.

**SIXTH AFFIRMATIVE DEFENSE**

6.     Plaintiffs have failed to mitigate their damages.

**SEVENTH AFFIRMATIVE DEFENSE**

7.     As to the California state claims and theories of recovery, Defendants are immune from liability pursuant to the provisions of each of the following California statutes, each of which is set forth as a separate and distinct affirmative defense:

Government Code §§ 815, 815.2(b), 818, 818.2, 818.8, 820.2, 820.4, 820.8, 820.9, 821.4, 8.21.6, 822.2, 835.4, 845 and 846.

Civil Code § 43.55.

Penal Code §§ 836.5 and 847.

**EIGHTH AFFIRMATIVE DEFENSE**

8.     These answering Defendants are immune from liability for all damages sustained after the prosecutor initiated criminal charges, pursuant *to Smiddy v. Varney*, 803 F.2d 1469 (9th Cir. 1986), and *Jackson v. City of San Diego*, 121 Cal.App.3d 579 (1981).

**NINTH AFFIRMATIVE DEFENSE**

9.     The state law claims alleged by Plaintiffs are barred for failure to comply with the provisions of the California Tort Claims Act (Government Code § 910 et seq, and 945 et seq.0 including without limitation, California Government Sections 901, 905, 905.2, 910, 911.3, 911.4, 945.4, 945.6 and 946.6.

**TENTH AFFIRMATIVE DEFENSE**

10.     This action is barred by the doctrine of collateral estoppel.

**ELEVENTH AFFIRMATIVE DEFENSE**

11.     This action is barred by the doctrine of res judicata.

/ / /

/ / /

## **PRAYER FOR RELIEF**

WHEREFORE, Defendants pray for judgment as follows:

1.    That Plaintiffs take nothing by way of this action;

2.    That the action be dismissed;

3.    That Defendants be awarded costs of suit;

4.    That Defendants be awarded other and further relief as the Court may deem just and proper including an award of attorney's fees pursuant to 42 U.S.C. § 1988.

## **DEMAND FOR JURY TRIAL**

Defendants demand and request a trial by jury in this matter.

Dated: January 29, 2021            **MICHAEL N. FEUER**, City Attorney
**KATHLEEN A. KENEALY,** Chief Asst. City Attorney
**SCOTT MARCUS,** Senior Asst. City Attorney
**CORY M. BRENTE**, Senior Asst. City Attorney


By:    _____/S/ J. Edwin Rathbun, Jr._____
**J. EDWIN RATHBUN, JR.**, Deputy City Attorney

*Attorneys for Defendants,* **CITY OF LOS ANGELES, OFFICER NAVARRETE, JANETTE ROMAN, OFFICER GUERRERO, OFFICER MAGAN, OFFICER NELSON, OFFICER SHONAFELT, OFFICER GABALDON, OFFICER GARCIA, DETECTIVE GIBSON, LIETUENANT PERRY and MICHAEL MITCHELL**