1  Nazareth M. Haysbert.  State Bar No. 294431
2     *nazareth@hmlaw.la*
   James L. Moultrie, III. State Bar No. 296805
3  **HAYSBERT | MOULTRIE, LLP**
4  4640 Admiralty Way, Suite 500
   Marina Del Rey, California 90292
5  Telephone:   (310) 496–5796
6  Facsimile:   (310) 496-5701

7  *Attorneys for Plaintiff*

8
9  **MICHAEL N. FEUER,** City Attorney
   **KATHLEEN A. KENEALY,** Chief Deputy City Attorney – SBN 212289
10 **SCOTT MARCUS,** Senior Assistant City Attorney – SBN 184980
   **CORY M. BRENTE,** Senior Assistant City Attorney – SBN 115453
11 **J. EDWIN RATHBUN, JR.,** Deputy City Attorney – SBN 221804
12 **SUREKHA A. SHEPHERD,** Deputy City Attorney – SBN 193206
   200 North Main Street, 6th Floor, City Hall East
13 Los Angeles, CA 90012
14 Telephone: (213) 978-7041
   Fax: (213) 978-8785
15 Email: surekha.shepherd@lacity.org

16

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYNESHA DIXON, an individual, and SALEA LADONYA IRVIN, an individual,<br><br>                Plaintiffs,<br><br>      v.<br><br>THE CITY OF LOS ANGELES, a public entity; OFFICER NAVARRETE, an individual; JANETTE ROMAN, an individual; OFFICER GUERRERO, an individual; OFFICER MAGAN, an individual; OFFICER NELSON, an individual; OFFICER SHONAFELT, an | CASE NO. 2:20cv-06464 DMG (PLAx)<br>Hon. Dolly M. Gee<br>Ctrm. 8C, 8th Floor, 1st Street<br>Hon. Paul. L. Abrams<br>Ctrm. 780, 7th Floor, Roybal<br><br>**JOINT REPORT RE: RESULTS OF EARLY MEDIATION**<br><br>Consolidated: 01/04/21<br>Trial Date:      04/26/22 |

1
JOINT REPORT RE: RESULTS OF EARLY MEDIATION

individual; OFFICER GABALDON, an individual; OFFICER GARCIA, an individual; DETECTIVE GIBSON, an individual; LIEUTENANT PERRY, an individual; MICHAEL MITCHELL, an individual; and DOES 1-10,

         Defendants.

TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

       Pursuant to this Court's January 4, 2021 Scheduling Order (Dkt. No. 30-1), the parties hereby submit this Joint Report Re: Results of Early Mediation. The parties participated in a settlement conference before Magistrate Judge Paul L. Abrams on October 15, 2021, pursuant to this Court's order referring the parties to ADR Procedure No. 1 (Dkt. No. 31).  No settlement was reached during that conference.

Dated: October 25, 2021        **HAYSBERT | MOULTRIE, LLP**

                                                      By:_____/s/ *Nazareth M. Haysbert*_____
                                                          NAZARETH M. HAYSBERT
                                                          JAMES L. MOULTRIE, III
                                                          Attorneys for Plaintiffs

Dated: October 25, 2021        **CITY ATTORNEY'S OFFICE**

                                                      By:_____/s/ *Surekha A. Shepherd*_____
                                                          MICHAEL N. FEUER
                                                          KATHLEEN A. KENEALY
                                                          SCOTT MARCUS
                                                          CORY M. BRENTE
                                                          J. EDWIN RATHBUN, JR.
                                                          SUREKHA A. SHEPHERD
                                                         Attorneys for Defendants