Nazareth M. Haysbert. State Bar No. 294431
   *nazareth@hmlaw.la*
James L. Moultrie, III. State Bar No. 296805
**HAYSBERT | MOULTRIE, LLP**
4640 Admiralty Way, Suite 500
Marina Del Rey, California 90292
Telephone:  (310) 496–5796
Facsimile:   (310) 496-5701

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYNESHA DIXON, an individual, and SALEA LADONYA IRVIN, an individual,<br><br>              Plaintiffs,<br><br>              v.<br><br>THE CITY OF LOS ANGELES, a public entity; OFFICER NAVARRETE, an individual; JANETTE ROMAN, an individual; OFFICER GUERRERO, an individual; OFFICER MAGAN, an individual; OFFICER NELSON, an individual; OFFICER SHONAFELT, an individual; OFFICER GABALDON, an individual; OFFICER GARCIA, an individual; DETECTIVE GIBSON, an individual; LIEUTENANT PERRY, an individual; MICHAEL MITCHELL, an individual; and DOES 1-10,<br><br>              Defendants. | CASE NO. 2:20cv-06464 DMG (PLAx)<br>Hon. Dolly M. Gee<br>Ctrm. 8C, 8th Floor, 1st Street<br>Hon. Paul. L. Abrams<br>Ctrm. 780, 7th Floor, Roybal<br><br>**PLAINTIFFS' REQUEST FOR VOLUNTARY DISMISSAL, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 41(a)(2)**<br><br>Consolidated: 01/04/21<br>Trial Date:     02/21/23 |

1

**TO THE HONORABLE DOLLY M. GEE, UNITED STATES DISTRICT JUDGE:**

COMES NOW Plaintiffs TYNESHA DIXON and SALEA LADONYA IRVIN ("Plaintiffs"), and submit their Request for Voluntary Dismissal, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, as follows:

1. Plaintiffs filed their Consolidated Complaint in the above-captioned action on January 1, 2021. *See* Dkt. No. 33.

2. Plaintiffs filed both federal and state causes of action.

3. Defendants thereafter filed their Answer on January 29, 2021. *See* Dkt. No. 35.

4. On November 5, 2021, the Court granted Plaintiffs' request to continue trial and pretrial dates. *See* Dkt. No. 49.

5. No discovery has been exchanged and no substantive motions have been filed since Plaintiffs' request for continuance was granted.

6. On December 8, 2022, Defendants requested that Plaintiffs dismiss certain Defendants and claims from the federal lawsuit.

7. After further consideration, Plaintiffs have agreed to dismiss all federal causes of action from the above-captioned lawsuit.

8. Plaintiffs now move to dismiss the action under Federal Rule of Civil Procedure, Rule 41(a)(2), and will be responsible for their costs and attorneys' fees associated with this litigation.

9. Following the dismissal of the above-captioned action, Plaintiffs will file, within thirty (30) days, any remaining state causes of action in the appropriate state court, pursuant to 28 U.S.C. § 1367(d).

10. No counterclaims are pending, and Plaintiffs have not previously filed or dismissed this action in any other court.

///

///

///

11. In light of the foregoing, Defendants will not be legally prejudiced by the Court's voluntary dismissal of the instant federal action.

Respectfully submitted,

Dated: December 16, 2022          **HAYSBERT | MOULTRIE, LLP**

By:_____/s/ *Nazareth M. Haysbert*_____
NAZARETH M. HAYSBERT
*Attorneys for Plaintiffs*

## CERTIFICATION OF SERVICE

I hereby certify that on this 16th day of December, 2022, I electronically filed the foregoing: **PLAINTIFFS' REQUEST FOR VOLUNTARY DISMISSAL, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 41(A)(2)** with the clerk of the Court using the CM/ECF system which will send notification of such filing to all registered participants in this matter.

DATED: December 16, 2022   **HAYSBERT | MOULTRIE, LLP**

By: _____/s/    Nazareth M. Haysbert_____
NAZARETH M. HAYSBERT
JAMES L. MOULTRIE III

*Attorneys for Plaintiffs TYNESHA DIXON and SALEA LADONYA IRVIN*