**JS-6**

1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11   TYNESHA DIXON, an individual, and SALEA LADONYA IRVIN, an individual, | Case No.: CV 20-6464-DMG (PLAx) |
| 12 | **ORDER RE PLAINTIFFS' REQUEST FOR VOLUNTARY DISMISSAL, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 41(A)(2) [50]** |
| 13   Plaintiffs, | |
| 14   vs. | |

15

THE CITY OF LOS ANGELES, a

16 public entity; OFFICER NAVARRETE, an individual; JANETTE ROMAN, an

17 individual; OFFICER GUERRERO, an individual; OFFICER MAGAN, an

18 individual; OFFICER NELSON, an individual; OFFICER SHONAFELT, an

19 individual; OFFICER GABALDON, an individual; OFFICER GARCIA, an

20 individual; OFFICER GARCIA, an individual; DETECTIVE GIBSON, an

21 individual; LIEUTENANT PERRY, an individual; MICHAEL MITCHELL, an

22 individual; and DOES 1-10,

23

24

25   Defendants.

26

27

28

-1-

1    The Court, having reviewed Plaintiffs' request for voluntary dismissal of the

2  above-captioned matter, hereby DISMISSES this action and Plaintiffs' Complaint

3  without prejudice to refiling in state court within 30 days, pursuant to 28 U.S.C. §

4  1367(d).  All scheduled dates and deadlines are VACATED.

5  IT IS SO ORDERED.

6

7  DATED:  December 21, 2022

8                                                    _____

9                                                    DOLLY M. GEE
                                                     UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28